```
1  DANIEL J. BRODERICK, Bar #89424
   Federal Defender
2  JEREMY S. KROGER, Bar # 258956
   Assistant Federal Defender
3  Designated Counsel for Service
   2300 Tulare Street, Suite 330
4  Fresno, California 93721-2226
   Telephone: (559) 487-5561
5
   Attorney for Defendant
6  ANTONIO BARRAGAN-AVALOS
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | Case No. 1:11-cr-00296 AWI-1 |
|---|---|---|
| Plaintiff, | ) | |
| | ) | STIPULATION TO CONTINUE |
| v. | ) | STATUS CONFERENCE HEARING; |
| | ) | ORDER THEREON |
| ANTONIO BARRAGAN-AVALOS, | ) | |
| | ) | Date: December 19, 2011 |
| Defendant. | ) | Time: 9:00 a.m. |
| | ) | Dept : Hon. Anthony W. Ishii |

IT IS HEREBY STIPULATED by and between the parties hereto, and through their respective attorneys of record herein, that the status conference hearing in the above-referenced action now scheduled for December 5, 2011, **may be continued to December 19, 2011, at 9:00 a.m.**

The parties request this continuance so that they may gather and review the documents necessary to accurately determine Mr. Barragan-Avalos's criminal history. The requested continuance will conserve time and resources for all parties and the Court.

///
///
///
///
///

The parties agree that the delay resulting from the continuance shall be excluded in the interests of justice, including but not limited to, the need for the period of time set forth herein for further defense preparation pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and (B).

BENJAMIN B. WAGNER
United States Attorney

DATED: November 30, 2011     By:  /s/ Ian Garriques
                                  IAN GARRIQUES
                                  Assistant United States Attorney
                                  Attorney for Plaintiff


DANIEL J. BRODERICK
Federal Defender

DATED: November 30, 2011     By:  /s/ Jeremy S. Kroger
                                  JEREMY S. KROGER
                                  Assistant Federal Defender
                                  Attorney for Defendant
                                  Antonio Barragan-Avalos

# ORDER

Pursuant to the parties' stipulation, time is excluded in the interests of justice pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and (B).

IT IS SO ORDERED.

Dated:   November 30, 2011

_____
CHIEF UNITED STATES DISTRICT JUDGE